**File Hashes for IP Address 24.185.1.141**

**ISP:** Optimum Online
**Physical Location:** North Brunswick, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/15/2016 13:48:31 | E38CDAB83230DA474A3AC205C278B6EB09D2E593 | X-art Unauthorized Pack E38CDAB |
| 01/09/2016 05:02:02 | BFA0FFC8503999FC56AB778E94B57BA0C8D78E64 | X-art Unauthorized Pack BFA0FFC |
| 01/03/2016 06:04:11 | 76FFAB3A9823C4F62ACE315EB38BE30FB76ED7E9 | X-art Unauthorized Pack 76FFAB3 |
| 12/12/2015 07:21:53 | 4367C8C13869B63FEAB49B757190B448D83678BE | X-art Unauthorized Pack 4367C8C |
| 12/11/2015 02:46:31 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack 4CBE887 |
| 11/22/2015 20:43:05 | 93B16720D4FE45CD7FC1C2773910EB7219F6C145 | X-art Unauthorized Pack 93B1672 |
| 11/22/2015 18:22:51 | 061A65EE26BF86B12CF3492C5083D55DE78D2888 | Girls Night Out |
| 11/22/2015 12:32:25 | 2858A7C198DD9D2D8A4F52E20578DB259D7FC16D | X-art Unauthorized Pack 2858A7C |
| 11/22/2015 10:45:28 | 012DB28FB33877CC45FF9638F473288897B4FF4C | X-art Unauthorized Pack 012DB28 |
| 11/22/2015 05:09:51 | 065338DB17BE8DB45AC608FED6E0D89A91C018B3 | X-art Unauthorized Pack 065338D |

**Total Statutory Claims Against Defendant: 507**

EXHIBIT A

CNJ522